UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GREGORY KIERNOZEK

No. 1:14-CV-615
(GLS/CFH)

vs.

FEDERAL NATIONAL
MORTGAGE
ASSOCIATION

### ORDER TO STRIKE

**IT IS HEREBY ORDERED**, that the Uniform Pretrial Scheduling Order , DKT #23 in the above-entitled action shall be stricken from the docket for the following reason(s) listed below.  Because Plaintiff's submission is being stricken from the docket, it will not be considered by the Court.

1. Rule 16 conference having not been held, the Uniform Pretrial Order is hereby vacated until such time as the Court has met with the parties and set deadlines for the progression of the case.

SO ORDERED,

DATED:   November 6, 2014
         Albany, NY

Christian F. Hummel
U.S. Magistrate Judge