# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LAWRENCE K. BAERMAN**<br>Clerk<br><br>**JOHN M. DOMURAD**<br>Chief Deputy<br><br>**DAN MCALLISTER**<br>Chief Deputy | James M. Hanley Federal Building<br>P.O. Box 7367, 100 S. Clinton St.<br>Syracuse, New York 13261-7367<br>(315) 234-8500 |

November 26, 2014

## **NOTICE**

Re:   *Kiernozek v. Federal National Mortgage Association al.*
        1:14-cv-615 (GLS/CFH)

On November 25, 2014, defendants moved to dismiss your lawsuit. (Dkt. No. 29). While you are entitled to file a response to the motion, and the court may benefit from such a response, you are not required to do so. This is because motions to dismiss are generally evaluated by considering only the complaint and other documents incorporated by reference within or attached to it.

Should you choose to file a response in this case, it is **due on December 29, 2014**. The papers should comply with the Local Rules of Practice and Federal Rules of Civil Procedure. Moreover, the response papers, if any, should be mailed to the District Court at the following address:

> United States District Court
> Northern District of New York
> James T. Foley - U.S. Courthouse
> 445 Broadway, Room 509
> Albany, NY 12207-2924

In the event that you choose not to file a response, you are required to promptly notify the court and all other parties at the earliest practicable date, but, in any event, no less than **FOURTEEN DAYS** prior to the scheduled return date of the motion, unless good cause is shown.