UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GREGORY KIERNOZEK,

                Plaintiff,

   -against-

FEDERAL NATIONAL MORTGAGE
ASSOCIATION Aka-FNMA, aka-FANNIE
MAE, Bank of America as an aider and abettor,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No: 14-CV-00615-GLS-CFH

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            : ss.:
COUNTY OF NEW YORK  )

       ACHIEPO BOEDI, being duly sworn, deposes and says:

       1.    I am not a party to the within action. I am over 18 years of age and reside in New York County, New York.

       2.    That on November 25, 2014, I served the within **NOTICE OF MOTION TO DISMISS and MEMORANDUM OF LAW OF DEFENDANTS FEDERAL NATIONAL MORTGAGE ASSOCIATION AND BANK OF AMERICA, N.A. IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** upon:

       Gregory Kiernozek
       28 Beach Avenue
       Albany, New York 12203

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a first class postpaid properly addressed wrapper, in a post office or an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                    _/s/ Achiepo Boedi_
                                                    ACHIEPO BOEDI

Sworn to before me this
__26__ day of November 2014

_/s/ Sheila Freeman_
Notary Public

                        SHEILA FREEMAN
              Notary Public, State of New York
1832060.1\0373883          No. 01FR4756733
               Qualified in Bronx County
        Commission Expires on February 28, 2015